# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>MOJO BRANDS MEDIA, LLC,<br>    Debtor. | Case No.: 6:15-bk-03871-LVV<br>Chapter 7 |
| TRUSTEE, GENE T. CHAMBERS,<br>    Plaintiff,<br>v.<br>NIXON PEABODY, LLP,<br>    Defendant. | Case No. 6:22-cv-02318-WWB |

## JOINT MOTION FOR STATUS CONFERENCE AND SUPPORTING MEMORANDUM

Plaintiff, Gene T. Chambers as Trustee for Mojo Brands Media, LLC., and Defendant, Nixon Peabody LLP, (collectively the "Parties") jointly move this Court to set a status conference, and in support states as follows:

1. On April 28, 2017, Plaintiff, Gene T. Chambers as Trustee for Mojo Brands Media, LLC., filed this action as an Adversary Complaint in the Chapter 7 Bankruptcy proceeding filed by Mojo Brands Media, LLC in the United States Bankruptcy Court, Middle District Florida, Orlando Division (Case No.: 6:15-bk-03871-CCJ). *See* Adv. No.: 6-17-ap-00054, Doc. 1. The Adversary Complaint named Perkins Coie, LLP and Nixon Peabody, LLP as Defendants, and asserted claims for legal malpractice and breach of fiduciary duty against each Defendant.

The Adversary Complaint also asserted a claim for aiding and abetting a breach of fiduciary duty by Mr. Botnick against Nixon Peabody. *See id.*

2. Pursuant to a Joint and Unopposed Motion to Dismiss (Doc. 94), the Bankruptcy Court dismissed Defendant Perkins Coie, LLP with prejudice on October 23, 2019. *See* Doc. 95.

3. Pretrial proceedings through to and including dispositive motions were conducted in the Bankruptcy Court. On April 12, 2022, the Honorable United States Bankruptcy Judge Lori V. Vaughn entered an Order Granting in Part and Denying in Part Defendant's [Nixon Peabody's] Renewed Motion for Summary Judgment, and granted summary judgment in Nixon Peabody's favor on Count V of the Adversary Complaint (asserting a claim for aiding and abetting a breach of fiduciary duty by Mr. Botnick). [Doc. 253]. As such, the claims remaining for adjudication are Plaintiff's claims for Legal Malpractice (Count II) and Breach of Fiduciary Duty (Count (IV) asserted against Defendant, Nixon Peabody.

4. On August 22, 2022, Defendant Nixon Peabody renewed its Motion to Withdraw the Reference [Doc. 266], which was granted by the Honorable United States District Judge Carlos E. Mendoza on October 18, 2022. *See* Doc. 271; *see also* Case No.: 6:22-mc-31-CEM, Doc. 2. Thereafter, on December 16, 2022, this matter was transferred to this Court. [Docs. 272, 275].

5. On January 24, 2023, the Parties filed their Uniform Case Management Report pursuant to Local Rule 3.02(a)(2), (d) [Case No.: 6:22-cv-02318-WWB, Doc. 8]. The Court entered an Order striking the Report on April 11,

2023. [Doc. 9]. However, on April 14, 2023, the Court reinstated the Case Management Report. [Doc. 10].

6. Due to the unique posture of this case, the Parties jointly request that the Court hold a Case Status Conference. At the conference, the parties anticipate asking the Court to schedule trial for a docket or date certain after January 2024 (due to other trials currently scheduled). The parties would also like to address the remaining case management issues, including the remaining pending motions:

    a. Plaintiff's Motion to Strike or in Limine Regarding Ultimate Opinions and Conclusions of Law and Duplicative Testimony [Doc. 200];

    b. Defendant's Motion to Strike – Exclude as Evidence the Expert Report and Opinions of Michael Downey and Preclude His Testimony at Trial and Incorporated Memorandum of Law [Doc. 201],

    c. Defendant's Motion to Strike – Exclude Testimony of Robert Morrison [Doc. 202],

    d. Defendant's Motion to Strike and/or Exclude Trustee's Unpled Theories and Allegations at Trial and Incorporated Memorandum of Law [Doc. 218], and

      e.      Defendant's Motion to Strike and/or Exclude Documents and Incorporated Memorandum of Law [Doc. 219].[1]

## MEMORANDUM

"District courts have 'unquestionable' authority to control their own dockets; this authority includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Solutions, Inc.*, 750 F.3d 1235, 1262 (11th Cir. 2014); *Barber v. America's Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013). In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for purposes such as establishing early and continuing control so that the case will not be protracted because of lack of management. Fed. R. Civ. P. 16(a)(2). Accordingly, the Court has the authority and discretion to conduct a case status conference to manage the remainder of this case through trial.

WHEREFORE, Plaintiff and Defendant request a case status conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Brooks Rathet* | */s/ Suzanne Barto Hill* |
| William L. Bromagen, Esquire | SUZANNE BARTO HILL |
| Brooks Rathet, Esquire | Florida Bar No.: 0846694 |
| Bromagen & Rathet, P.A. | E-mail: shill@rumberger.com |
| | MEGHAN V. KENNEDY |
| | Florida Bar No.: 1038634 |
| | E-mail: mkennedy@rumberger.com |
| | RUMBERGER, KIRK & CALDWELL, P.A. |
| | 300 South Orange Avenue, Suite 1400 |

---

[1] These pending motions were filed in the Bankruptcy Court for the Middle District of Florida, Orlando Division prior to the transfer of this case to the District Court, and as such, were not subject to the Court's standing Order effective February 1, 2021.

4

135 2nd Avenue North, Suite 1
Jacksonville, FL  32250
Email:
Brooks.rathet@bromagenlaw.com
eservice@bromagenlaw.com
William@bromagenlaw.com
Attorneys for Plaintiff

Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133

R. SCOTT WILLIAMS
Florida Bar No.:  ASB-3234-M63R
E-mail:  swilliams@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.C.
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Tel:  205.327.5550
Fax:  205.326.6786
Attorneys for Nixon Peabody LLP

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| William L. Bromagen, Esquire<br>Brooks Rathet, Esquire<br>Bromagen & Rathet, P.A.<br>135 2nd Avenue North, Suite 1<br>Jacksonville, FL 32250<br>Email:<br>Brooks.rathet@bromagenlaw.com<br>eservice@bromagenlaw.com<br>William@bromagenlaw.com | |

/s *Suzanne Barto Hill*
SUZANNE BARTO HILL
Florida Bar No.: 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.

17810865.v1